UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELKIS SANCHEZ,

                Plaintiff,

-v-

TARGET, *et al.*,

                Defendants.

24-CV-952 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On February 9, 2024, this Court issued an order to the parties to show cause in writing why this case should not be transferred to the Eastern District of New York. (ECF No. 3.) On February 21, 2024, the parties responded to the order with a letter consenting to a transfer to the Eastern District of New York. (ECF No. 7.) Because all parties agree the case should be transferred to the Eastern District of New York, and because all of the events and omissions giving rise to Plaintiff's claim in this case occurred in Kings County, New York, which is in the Eastern District of New York, and because Defendants do not reside in this District, the Court accordingly exercises its discretion under Title 28, United States Code, Section 1404(a) by transferring this case to the Eastern District of New York. *See* 28 U.S.C. § 1391(b) (providing that a civil action may be brought in, among other districts, a district "in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated").

    The Clerk of the Court is directed to transfer this case to the United States District Court for the Eastern District of New York and to close the case here.

    SO ORDERED.

Dated: February 23, 2024
       New York, New York

                                                        J. PAUL OETKEN
                                                 United States District Judge